(122 So. 923)
### James Chapman HORTON v. STATE.
### (5 Div. 716.)

Court of Appeals of Alabama.   April 30, 1929.

BRICKEN, P. J.   Appeal dismissed.   See, also, 22 Ala. App. 674, 118 So. 924.

(128 So. 917)
### Beechie HOWARD v. STATE.
### 4 Div. 473.

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Appeal dismissed.

(128 So. 917)
### Jim HOWARD, Jr., v. STATE.
### 4 Div. 576.

Court of Appeals of Alabama.
May 20, 1930.

A. Whaley, of Andalusia, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.
Judgment affirmed;   remanded for proper sentence.

(128 So. 917)
### James H. HOWELL v. STATE.
### 6 Div. 746.

Court of Appeals of Alabama.
May 13, 1930.

SAMFORD, J.
Affirmed.

(128 So. 917)
### Jewell HOWELL v. STATE.
### 6 Div. 723.

Court of Appeals of Alabama.
May 13, 1930.

SAMFORD, J.
Appeal dismissed.

(121 So. 923)
### Ralph HOWELL v. STATE.   (4 Div. 418.)

Court of Appeals of Alabama.   April 2, 1929

BRICKEN, P. J.   Appeal dismissed.

(128 So. 917)
### Willie E. HOWELL v. STATE.
### 6 Div. 747.

Court of Appeals of Alabama.
May 13, 1930.

RICE. J.
Affirmed.

(122 So. 923)
### Charley HUDSON v. STATE.   (4 Div. 391.)

Court of Appeals of Alabama.   Dec. 18, 1928.
Rehearing Denied April 30, 1929.

SAMFORD, J.   The charge in this indictment is purely statutory.   The question is: Did the defendant have intercourse with a girl, and was she over the age of 12 and under 16 years of age?   Time and venue being shown, the issues are narrow and simple.   The facts in this case, without dispute, prove every material averment.   Upon the record as it here appears, none of the rulings